IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK THIBODEAUX, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:10-cv-02554 |
| vs. | § | |
| | § | |
| COAST PROFESSIONAL, INC., | § | |
| Defendant | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** the parties to the above captioned action, through their respective attorneys, herby files this Joint Motion to Dismiss the complaint against Defendant Coast Professional, Inc.

### I.

This case has been settled amicably by the parties.

### II.

A Notice of Settlement has been filed with the court.

### III.

For these reasons, the parties ask the court to dismiss this suit with prejudice.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
**Attorney for Plaintiff**
Texas Bar No. 24068183
WEISBERG & MEYERS, L.L.C.
5925 Almeda Road #20818
Houston  TX  77004


By: /s/David Sander
David Sander
**Attorney for Defendant**
Texas Bar No. 00788348
Scanlon Buckle & Young
602 West 11th Street
Austin TX 78701


**CERTIFICATE  OF SERVICE**

I certify that on October 13, 2010, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court. Notification was sent electronically via the court's electronic case filing system to counsel of record for Defendant, Coast Professional, Inc. this 12th day of October, 2010 as follows: dsander@sbylaw.com.

 /s/  Dennis R. Kurz
Dennis R. Kurz